# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

In re:

Roy and Linda Gilstorff                        Case No. 10-49219
                                               Chapter 7
            Debtors.                           Honorable Steven W. Rhodes
_____/

## NOTICE OF UNDER $5.00 DIVIDEND

**TO THE CLERK OF THE COURT:**

    The attached check in the amount of $16.27 represents the total sum of Claim Nos. 1, 2, 9, 10, 12, 15 each of which are under $5.00 dividends in this estate and is paid to the Court pursuant to 11 U.S.C. § 347(a). The name(s) and address(es) of the Party(ies) associated with these dividends is (are) as follows:

| CREDITOR NAME | CLAIM NO. | AMOUNT OF DIVIDEND |
|---|---|---|
| American Infosource Lp As Agent for World Financial Capital Bank Assignee/ Hsn PO Box 248872 Oklahoma City, OK 73124-8872 | 1 | $3.90 |
| American Infosource Lp As Agent for World Financial Network National Bank As Fashion Bug (Spirit of America) PO Box 248872 Oklahoma City, OK 73124-8872 | 2 | $1.22 |
| GE Money Bank c/o Recovery Management Systems Corporate 25 SE 2nd Ave Suite 1120 Miami FL 33131-1605 | 9 | $4.84 |
| Figi's Inc. Attn: Recovery Operations PO Box 7713 Marshall, WI 54449-7713 | 10 | $.71 |

| | | |
|---|---|---|
| The Swiss Colony<br>c/o Creditors Bankruptcy Service<br>P.O. Box 740933<br>Dallas, TX 75374 | 12 | $2.24 |
| Metabank-Fingerhut<br>6250 Ridgewood Rd<br>St. Cloud, MN 56303 | 15 | $3.36 |

Date:  March 29, 2011 

/s/ CHARLES J. TAUNT
CHARLES J. TAUNT, Trustee
700 East Maple Road
2nd Floor
Birmingham, MI  48009
(248) 647-1127